UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-23336

Case No. CIV-ALTONAGA

MAGISTRATE JUDGE WHITE

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

CS. NO.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MR. VINCENT F. RIVERA #518548,
PLAINTIFF(S)/PETITIONER(S),

VERSUS

GEN. MICHAEL HAYDEN, DIR. CENTRAL INTEL.
U.S. DEPARTMENT OF TRANSPORTATION, SEC'Y
ASA HUTCHINSON,
FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND
MOTOR VEHICLES, EXEC. DIR. ELECTRA THEO DORIDES,
FLORIDA DEPARTMENT OF CORRECTIONS SEC'Y JAMES MCDONOUGH,
FLORIDA HIGHWAY PATROL, COMM'R CHRISTOPHER KNIGHT, AND THE
FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE), COMMISSIONER
GUY TUNNELL, PERSONALLY & OFFICIALLY, ETC., ET AL.,
DEFENDANTS-RESPONDENTS.

COMPLAINT — JURY TRIAL DEMANDED

JURISDICTION: 50 USC § 1801
VENUE: 28 USC § 1391(e)

CIV-ALTONAGA

MAGISTRATE JUDGE WHITE

PLAINTIFF(S)/PETITIONER(S) SUES THE ABOVE-NAMED DEFENDANTS, AND ALLEGES:

COUNT-1

DEPRIVATION OF CIVIL RIGHTS N.2 USC §§ 1983, 1985(3), 1986, & 1997(a), (d) & (e), FOR VIOLATIONS OF PLAINTIFF(S)/PETITIONER(S) FEDERAL CONSTITUTIONAL RIGHTS UNDER THE 1ST, 4TH, 5TH, 8TH, 10TH, 13TH, 14TH, 15TH, & 24TH AMDTS.

COUNT-2

CONSPIRACY TO DENY PLAINTIFF(S)/PETITIONER(S) FEDERAL CONSTITUTIONAL RIGHTS.

COUNT-3

PENDENT STATE CLAIM FOR BREACH OF PUBLIC TRUST.

COUNT-4

PENDENT STATE CLAIM FOR FALSIFICATION OF PUBLIC RECORDS.

STATEMENT OF THE HISTORICAL FACTS

ON OR AROUND JANUARY 11, 1997, MR. MICHAEL W. MOORE, WAS APPOINTED SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS (FDOC). AT THAT TIME, MR. MOORE AND HIS COMPUTER TECHNOLOGY STAFF BEGAN PURCHASING INCOMPATIBLE COMPUTER SOFTWARE FOR THE FDOC'S CRIMINAL JUSTICE INFORMATION SYSTEM COMPUTER DATABASE, WHICH MADE THE SYSTEM SUSCEPTIBLE TO CYBER ATTACKS

by cyberterrorists - as part of a pre-conceived government plan. From 1997 - 1999, the FDOC engaged in various acts of deliberate cruelty against prisoners, mostly as subterfuge to shift the focus of the public eye, from the government's actual motives. Mr. Moore's technicians installed a backdoor in to the CJIS database, at that time. Mr. Moore and his techno-staff had written a number of viruses into the CJIS, as well. The Central Intelligence Agency (CIA) thereinafter coordinated efforts with the House Intelligence Committee (Reps. Porter Goss, R-Fla & Alcee L. Hastings, D-Fla), the Florida Highway Patrol (FHP), and the Florida Department of Law Enforcement (FDLE); to covertly procure the services of the internationally known Al Qaeda terrorist network.

In 2000, five (5) Al Qaeda operatives - viz., Mohamed Atta, Ziad Jarrah, Marwan Al Shehhi, Hani Hanjour, and Nawaf Al Hazmi, established a terror cell in Lauderdale Lakes, Florida. Five (5) is a symbolistic number representing the Pentagon Building. The Fort Lauderdale terror cell was given access to the CJIS database. Atta and his confederates were experienced cybercriminals that were secretly hired by government officials as Manchurian Candidate fall guys in a more detailed scheme. Atta and the remaining members of the Fort Lauderdale terror cell breached the CJIS database at South Bay Correctional Institution, which is operated by a private security company - viz., Wackenhut Corrections Corp (a/k/a GEO Group as of 2004); and Moore Haven Correctional Institution, which is operated by Corrections Corp of America (CCA). Mr. Moore followed a strict policy of file sharing, particularly in regard to the CJIS database. The software that was introduced into the CJIS database (Infoman, Bounds Checker, Rational Rose, etc.) was riddled with spyware. And as a result Atta and his confederates launched a number of e-attacks, and created a botnet from FDOC slave terminals at North Florida Reception Center (NFRC), Central Florida Reception Center (CFRC), South Florida Reception Center (SFRC), and Union Correctional Institution (UCI), which in turn infected the remainder of the CJIS (statewide), transforming the Al Qaeda's zombie program into the aforementioned botnet.

After months of phishing[1] scams, Atta, the designated ringleader of the Lauderdale Lakes terror cell or "Emir," whom was more disciplined in the computer science/cyberterrorism field than his confederates, actually began pirating the social security numbers (SSNs) of incarcerated felons, and other sensitive information profiled within the CJIS database. The objective was to fleshout bogus identities, first for the individuals within the Lauderdale Lakes group. And eventually for the entire Al Qaeda network (worldwide). Thus Mr. Moore's Trojan horse evolved into a rogue server for a terrorist organization. Atta, Jarrah, and Al Shehhi created secondary identity documents (hunting licenses, Sam's Club cards, fishing licenses, Blockbuster video rental membership cards, pharmacy benefit cards, health insurance cards (mail order company), etc.). which they used to apply for state I.D. cards in their assumed identities. And from there, already familiar persons to the State's I.D. database, Atta, Jarrah, & Al Shehhi, applied for driver licenses at the Department of Motor Vehicles office in the Lauderhill Mall. The Department of Highway Safety and Motor Vehicles (DHSMV), proceeded to issue those licenses in 2000. And at that point Atta, Jarrah, and Shehhi, used their newly acquired credentials to enroll in flying schools at Huffman Aviation, in Venice, Florida, Jones Aviation, in Sarasota, Florida, and Florida Flight Training Center (FFTC), in Venice, Florida. But cf FBI Report, "Hijackers Timeline" Dec. 5, 2003 (May 2, 2001, entry citing 265A-NY-280350-mm, serial 59). The CJIS database is (was) also shared by the Florida Highway Patrol, Dept of Highway Safety and Motor Vehicles, and the Florida Department of Law Enforcement.

[1] The Federal Bureau of Investigation (FBI) has a full dossier on the Lauderdale Lakes terror cell. And the telephone companies serving the Lauderdale Lakes area

On September 11, 2001, Atta & his confederates, nineteen (19) in all, hijacked four (4) jumbo jet. Two (2) were kamikazied into the World Trade Center (WTC), killing nearly 3,000 people (AA Flt 11 & UAFL 175). And the remaining two (2) aircraft were used in a similar manner. However, only American Airlines Flight 77 reached its target – viz. the Pentagon Building. United Airlines Flt. 93 crashed in Shanksville, Pennsylvania. Killing all those on board. All four (4) of the runaway jetliners were hijacked by the leading terrorists Atta, Jarrah, Shehhi, Hanjour & Nazmi; of the Lauderdale Lakes Terror Cell. And for 6-years the Florida Department of Corrections has been enforcing torture policy as subterfuge to fraudulently conceal these facts. In other words, torture policy enforcement by prison officials is the governments way of deflecting liability for crimes against humanity, and treason.

* * *

RELIEF SOUGHT. —

The relief sought in this action at law is as follows:

A.) An award of money damages in the amount of Nineteen Trillion Dollars ($19,000,000,000,000.00);

B.) An order enjoining the parties defendant-respondent, their officers, agents, or employees, from engaging in any further violations of plaintiff(s)/petitioner(s) federal constitutional rights, including without limitation, violations of the USA Patriot Act, P.L. No. 107-56, 115 Stat. 273;

C.) An order declaring the rights of the parties;

D.) An award of costs and expenses, including without limitation, reasonable attorney's fees; and,

E.) An order granting to Mr. Rivera such other and further appropriate relief.

DATED: Milton, Florida
December  , 2007

Respectfully submitted,
/s/ Vincent F. Rivera
# S18548
Santa Rosa Corr. Inst.
5850 East Milton Rd
Milton Florida 32583

---

From 1997-2001, likewise have billing records of Atta and his confederates making frequent telephone calls to FDOC Financial Service Offices (statewide) to access the CJIS database by modem. The FDOC's secret represents an attempt to avoid paying lifetime compensation to 9/11 victims families / survivors.



EXHIBIT 1

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

07-P930

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other Ms. J. Maas |
|---|---|---|---|---|

| FROM: | Inmate Name: Vinot Rivera | DC Number: 518918 | Quarters: Q1208 | Job Assignment: TCY | Date: 11-30-07 |
|---|---|---|---|---|---|

**REQUEST** Informal Grievance

Okay so you think you have a state secret. I hate to break it to you but you don't. For instance, 1997-1999, ex FDOC Sec'y Michael W. Moore, and his top staff – purchases of inferior computer software for the Criminal Justice Information System (CJIS) – file sharing with Wackenhut Corrections Corp (Geo Group) at South Bay C.I. and Corrections Corp of America (CCA) at Moorehaven C.I. And they shared the same file (CJIS) with their Mainstream Partnerships – Viz Argenbright Security, Huntleigh USA, and Globe USA. Mr. Moore and the political forces of the FDOC made it possible for Five (5) of the 9-11 hijackers who established a Lauderdale Lakes terror cell in 2000, to hack into the CJIS computer database, and pirate thousands of social security numbers (SSNs) belonging to FDOC prisoners. FDOC was compensated by the al Qaeda finance arm known as the "Golden Chain." For 6-years FDOC/SRCI (Moore, Joe Petrov, Cry, etc) have been hiding this fact from public disclosure. I want this complaint e-formed to the IG's office. (Treason).

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**  DATE RECEIVED: 11-30-07

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED. AS USUAL, YOU HAVE PROVIDED ABSOLUTELY NO PROOF TO SUBSTANTIATE YOUR CONSPIRACY THEORY ON THIS ALLEGED PRACTICE.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS <u>DENIED.</u>

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__ : (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): J. Maas   Date: 12-7-07

Distribution: White - Returned to Inmate   Pink - Retained by official responding, or if the response is to an
Canary - Returned to Inmate          informal grievance then forward to be placed in inmate's file.
DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

FS
M6

07-P923

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden<br>☒ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other | MW. J. Haas |

| FROM: | Inmate Name: Vincent Rivera | DC Number: 518548 | Quarters: Q1208 | Job Assignment: TCY | Date: 12-10-07 |

**REQUEST** Informal Grievance

Okay, it was a real clever plan that Mr. Michael W. Moore came up with back in 2000 when he was sec'y of the FDC. Letting the individuals that formed a Lauderdale Lakes-terror cell hack into the FDOCs Criminal Justice Information System (CJIS); and pirate the social security numbers (SSNs) of prisoners to flesh out fake identities endividuals that ultimately applied for DMV drivers licenses, and then flying school in Florida. The (same) individuals that flew American Airlines Flt 11 and United Airlines Flt 175 into the Twin Towers on Sept. 11, 2001. If the FDOC was a party to that and was busted trafficking illegal acids from Egypt, how can FDOC hide the fact that Al Qaeda's 2nd in Command ayman al Zawahiri is Egyptian. And Mohamed atta the 9/11 "Planes Operation" ringleader (AA Flt 11 hijacker) was born and raised in Kafr el Sheikh, Egypt. 3,000 people died at the WTC on 9/11. And for 6-years FDOC has been hiding the fact of its involvement. Corrective action is required.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**      DATE RECEIVED: 12-11-07

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED. AS USUAL, YOU HAVE PROVIDED ABSOLUTELY NO PROOF TO SUBSTANTIATE YOUR CONSPIRACY THEORY ON THIS ALLEGED PRACTICE.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___Denied___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): J Haas | Date: 12-12-07 |

Distribution:   White — Returned to Inmate    Pink — Retained by official responding, or if the response is to an
            Canary — Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

07-1729

**TO:** (Check One)
☐ Warden   ☒ Asst. Warden   ☐ Classification   ☐ Security   ☐ Medical   ☐ Mental Health   ☐ Dental   ☐ Other

**FROM:**
Inmate Name: Vincent Rivera
DC Number: 518548
Quarters: Q1208
Job Assignment: TCU
Date: 11-30-07

**REQUEST** Informal Grievance

Okay Michael W. Moore, ex-Sec'y of the FDOC. I talked to the Warden (Ellis) on 11-29-07, around 1:15 PM (see security camera) about the ex-sec'y. In 1997, when Mr. Ellis was still institution inspector at FSP, Mr. Moore was coordinating efforts with the Clinton White House in advance of the Sept. 11, 2001 terrorist attacks upon the USA. Mr. McDonough, the current FDOC Sec'y, was former president Bill Clinton's drug control policy chief. What Moore did was give access to the al Qaeda terrorist cell in Ft Lauderdale, Fl (the same) one that organized the 9/11 planes operation. Mr. Moore made it possible for these terrorists to hack into the FDOC's Criminal Justice Information System (CJIS), and pirate the Social Security numbers (SSN:) of incarcerated felons. Then Mr. Moore received payment deposited into FDOC Employee Club fund accounts, and his private company's accounts (MWM Consulting) in offshore accounts in Freeport & Nassau Bahamas. Corrective action is required because this is what SRCI staff has been hiding for the last 6 years — their involvement in the 9/11 attacks.

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: DEC 03 2007
12-04-07
SANTA ROSA CI
WARDEN'S OFFICE

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED. AS USUAL, YOU HAVE PROVIDED ABSOLUTELY NO PROOF TO SUBSTANTIATE YOUR CONSPIRACY THEORY ON THIS ALLEGED PRACTICE.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, **Denied**, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): [signature]   Date: 12-12-07

Distribution: White — Returned to Inmate   Pink — Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.
Canary — Returned to Inmate

DC6-236 (Revised 8/07)
Incorporated by Reference in Rule 33-103.019, F.A.C.

LT 77

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: 
Team Number: 
Institution: 

07-1927

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other CMRS. J. Haas |
|---|---|---|---|---|

| FROM: | Inmate Name: Vincent Rivera | DC Number: S18548 | Quarters: Q1208 | Job Assignment: TCU | Date: 12/3/07 |
|---|---|---|---|---|---|

~~REQUEST~~ Informal grievance

On Sept. 11, 2001 (9/11) about 3,000-people in New York city died at the World Trade Center (WTC). Foreign agents of a terrorist organization flew 2-Boeing 767 Jumbo jets into the buildings known as the Twin Towers. Former FDOC Sec'y Michael W. Moore and FDOC officials gave aid to the individuals involved in the 9/11 attack. And FDOC has been trying to hide this secret for the last 6-years. And mainly by the use of unlawful and unconstitutional measures (torture police enforcement). Michael Moore made it possible for the Fort Lauderdale terror cell of 9/11 hijackers, to hack into the FDOC's criminal justice information system computer (CJIS), and pirate prisoners social security numbers (SSN) to flash out fake identities, and obtain driver licenses. The Al Qaeda agents then applied for flight training, and flew hijacked planes into the WTC killing all those people. And Mr. Moore received payment for himself personally and for ~~All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.~~ the FDOC officially. Which represents unlawful and unconstitutional state action. And crimes against humanity!! And ~~caught-caught-caught~~ corrective action is required.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                                                                 DATE RECEIVED: 12-3-07

~~YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED. AS USUAL, YOU HAVE PROVIDED ABSOLUTELY NO PROOF TO SUBSTANTIATE YOUR CONSPIRACY THEORY ON THIS ALLEGED PRACTICE.~~

~~BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.~~

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature]                                Date: 12-12-07

Distribution: White - Returned to Inmate     Pink - Retained by official responding, or if the response is to an
              Canary - Returned to Inmate             informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI ~~DIVISION~~

Case No. 97-02806-CIV-GRAHAM

MARK OSTERBACK, et al.,

    Plaintiffs,

vs.

MICHAEL W. MOORE, et al.

    Defendants.

_____/

### ORDER

**THIS CAUSE** comes before the Court upon Vincent F. Rivera's Motion for Reconsideration [D.E. 785] (the "Motion").

**THE COURT** has considered the Motion and pertinent portions of the record. This cause was transferred to the Middle District of Florida on March 10, 2004 [D.E. 655]. Despite the transfer, individuals continue to erroneously forward correspondence and pleadings to this Court. Based thereon, it is

**ORDERED AND ADJUDGED** that Vincent F. Rivera's Vincent F. Rivera's Motion for Reconsideration [D.E. 785] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that all pleadings and correspondence in this matter must be sent to the proper venue. **The correct address is: 300 North Hogan Street, Jacksonville, Florida 32202.** It is further

[Handwritten annotations in margins:]

*Right margin:* court file and record is suitable for cross text index referencing purposes as it identifies FDOC officials consciously engaging in 3rd degree tattus to fraudulently conceal FDOCs complicity in the 9/11 planes operation that deprived 2,934 US citizens of their lives w/o due process

*Left margin:* cf. Rivera V. Griffis / 03-23054-CIV Martinez/Bandstra (SDFla)

*Bottom:* * the facts alleged hereinunder also isolate former director of the CIA's Clandestine services unit, Mr Jose Rodriguez - which is where former DCI Porter Goss launched his career in the CIA

**ORDERED AND ADJUDGED** that future pleadings **shall not** be filed in this Court. It if further

**ORDERED AND ADJUDGED** that this action remains **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of November, 2007.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Vincent F. Rivera, pro se
    Counsel of Record

---

As a proximate result of the FDOC's illegal prisoner abuse/torture scheme, the Guantanamo process emerged. The FDOC developed procedures for torturing prisoners; which the public was (is) not yet aware of. Due to its 'designation' as a "military secret" albeit, those results were observed at Abu Ghraib prison in Iraq, and Jowzjan prison in Afghanistan in 2004. US military forces began torturing Iraqi and Afghan prisoners. And more recently, the Congress (Rep. Jane Harman, D-Calif), disclosed information that the CIA deliberately destroyed torture videotapes vis-à-vis interrogations of al Qaeda agents Abu Zubadi, etc). which were made in 2003. And later destroyed in 2005, under then DCI Porter Goss' instructions. The 9/11 Commission (Philip Zelikow, Lee Hamilton, Tom Kean, Jamie Gorelick, Tim Roemer, John Lehman, Richard Ben-Veniste, Fred Fielding, Slade Gorton, and James Thompson) moved for disclosure of such information by subpoena prior to its final report on the 9/11 terrorist attacks. Mr. Goss, a former congressman representing Florida, stated conclusively that no such material existed. Which is now the focus of possible contempt citations against the CIA. This fact alone is enough to throw the findings of the 9/11 Commission and the Senate Intelligence Committee way off. Both Gen. Michael Hayden, DCI, and ex CIA interrogator MR. JOHN Kariaku, have acknowledged to Congress that the torture videotapes were destroyed on ex-DCI Porter Goss' watch. Mr. Goss was a central figure in the decision to invade Iraq in 2003. And now the evidence surfaces that he compiled fraudulent data and supplied it to the president (Bush). Mr. Roemer was a member of the House Intelligence Committee prior to 9/11.